# EXHIBIT B

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), appellants Pacific Indemnity Company, Pacific Employers Insurance Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Westchester Fire Insurance Company (the "Pacific Insurers"), Continental Casualty Company ("Continental"), Travelers Casualty and Surety Company ("Travelers"), and Certain Underwriters at Lloyd's, London; Catalina Worthing Insurance Ltd f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co Ltd.);  Ocean Marine Insurance Company Limited (as Part VII transferee of The World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Co. Ltd.;  Companhia de Seguros Fidelidade-Mundial SA (f/k/a as Fidelidade Insurance Company of Lisbon); and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd) ("LMI") (all collectively, the "Insurers") submit this Representation Statement.  The following list identified all parties to the action, and their respective counsel.

Counsel for Appellants are registered for Electronic Filing in the Ninth Circuit.

| PARTY | COUNSEL OF RECORD |
|---|---|
| Appellant PACIFIC INDEMNITY COMPANY, CENTURY INDEMNITY COMPANY AS SUCCESSOR TO CCI INSURANCE COMPANY AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA, WESTCHESTER FIRE INSURANCE COMPANY, AND PACIFIC EMPLOYERS INSURANCE COMPANY | **CLYDE & CO US LLP**<br>Alexander E. Potente<br>Jason J. Chorley<br>150 California Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 365-9800<br>Email : *alex.potente@clydeco.us*<br>        *jason.chorley@clydeco.us*<br><br>**O'MELVENY & MYERS LLP**<br>Alexandra J. Wolter (SBN 317951)<br>400 South Hope Street, 19th Floor<br>Los Ángeles, California 90071<br>Telephone: (213) 430-6000<br>Email : *awolter@omm.com*<br><br>Tancred V. Schiavoni (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 326-2000<br>Email:  *tschiavoni@omm.com* |
| Appellant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURERS | **SKARZYNSKI MARICK & BLACK LLP**<br>Russell W. Roten (SBN 170571)<br>Jeff D. Kahane (SBN 223329)<br>Nathan Reinhardt (SBN 311623)<br>Timothy W. Evanston (SBN 319342)<br>333 South Grand Avenue, Suite 3550<br>Los Angeles, CA 90071<br>Telephone: (213) 721-0650<br>Email:  *jkahane@skarzynski.com*<br>        *rroten@skarzynski.com*<br>        *nreinhardt@skarzynski.com*<br>        *tevanston@skarzynski.com*<br><br>**CLYDE & CO US LLP**<br>Catalina J. Sugayan<br>Yongli Yang (admitted *pro hac vice*)<br>30 S Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Telephone: (312) 635-7000<br>Email:  *Catalina.Sugayan@clydeco.us*<br>        *Yongli.Yang@clydeco.us* |

2

| PARTY | COUNSEL OF RECORD |
|---|---|
| Appellant CONTINENTAL CASUALTY COMPANY | **PLEVIN & TURNER LLP**<br>Mark D. Plevin<br>580 California Street, Suite 1200<br>San Francisco, California  94104<br>Telephone:  (202) 580-6640<br>Email:  mplevin@plevinturner.com<br><br>Miranda H. Turner (admitted *pro hac vice*)<br>Jordan A. Hess (admitted *pro hac vice*)<br>1701 Pennsylvania Avenue, N.W., 2d Floor<br>Washington, D.C.  20006<br>Telephone:  (202) 580-6640<br>Email:  *mturner@plevinturner.com*<br>        *jhess@plevinturner.com* |
| Appellant TRAVELERS CASUALTY AND SURETY COMPANY | **DENTONS LLP**<br>Andrew D. Telles Wyatt<br>4675 MacArthur Court, Suite 1250<br>Newport Beach, California 92660<br>Tel: 949 732 3700<br>Email:  *andrew.wyatt@dentons.com*<br><br>Natalie M. Limber<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Tel: 213 623 9300<br>Email:  *natalie.limber@dentons.com*<br><br>Lauren Macksoud (pro hac vice)<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>Tel: 212 768 6700<br>Email;  *lauren.macksoud@dentons.com*<br><br>M. Keith Moskowitz (pro hac vice)<br>233 South Wacker Drive, Suite 5900<br>Chicago, Illinois 60606<br>Tel: 312 876 8000<br>Email:  *keith.moskowitz@dentons.com* |

3

| PARTY | COUNSEL OF RECORD |
|---|---|
| Appellee/Debtor THE ROMAN CATHOLIC BISHOP OF OAKLAND | **FOLEY & LARDNER LLP**<br>Eileen R. Ridley<br>Tel: (415) 438-6469<br>Thomas F. Carlucci<br>Tel: (415) 438-6469;<br>Ann Marie Uetz (admitted *pro hac vice*)<br>Tel: (313) 234-7114<br>Jeffrey R. Blease<br>Tel: (617) 226-3155<br>Matthew D. Lee (admitted *pro hac vice*)<br>Tel: (608) 258-4203<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>Email: *eridley@foley.com*<br>*auetz@foley.com;*<br>*mdlee@foley.com;*<br>*tcarlucci@foley.com*<br>*jblease@foley.com*<br><br>**COVINGTON & BURLING LLP**<br>David B. Goodwin<br>Christine S. Haskett<br>Harper A. Johson<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105<br>Telephone: (415) 591-6000<br>Email: *dgoodwin@cov.com*<br>*chaskett@cov.com*<br>*hajohnson@cov.com* |

4

| PARTY | COUNSEL OF RECORD |
|---|---|
| Appellee, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND | **LOWENSTEIN SANDLER**<br>Brent Weisenberg<br>Christopher A. Dernbach<br>Colleen Restel<br>Eric Jesse<br>Jeffrey Cohen<br>Jeffrey D. Prol<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: 973-597-2500<br>Email: *bweisenberg@lowenstein.com*<br>*cdernbach@lowenstein.com*<br>*crestel@lowenstein.com*<br>*ejesse@lowenstein.com*<br>*jcohen@lowenstein.com*<br>*jprol@lowenstein.com*<br><br>**BURNS \| BAIR**<br>Tim Burns<br>Jesse Bair<br>10 E. Doty Street, Suite 600<br>Madison, WI 53703<br>Telephone: 608.286.2840<br>Email:  *tburns@burnsbair.com*<br>      *jbair@burnsbair.com* |

5