Blaise S. Curet (SBN 124983)
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Facsimile: (415) 352-6224
Email: bcuret@spcclaw.com

Robin D. Craig (SBN 130935)
LAW OFFICE OF ROBIN D. CRAIG
6114 La Salle No. 517
Oakland, California 94611
Telephone: (510) 549-3330
Email: rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ROMAN CATHOLIC BISHOP OF OAKLAND BANKRUPTCY AUTOMATIC STAY APPEAL<br><br>This Document Applies to:<br><br>ALL CASES | Case No. 3:25-CV-06836-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**WESTPORT INSURANCE CORPORATION F/K/A EMPLOYERS REINSURANCE CORPORATION'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure and Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant Westport Insurance Corporation f/k/a Employers Reinsurance Corporation ("Westport") submits the following: (i) statement of issues to be considered on appeal from the District Court for the Northern District of California's (the "District Court") *Order re: Appeal of Relief from Automatic Stay* (Dkt. No. 50); and (ii) designation of items to be included in the record on appeal.

**I. Statement of Issues to Be Presented on Appeal**

Westport presents the following statement of issues to be considered on appeal:

1. Whether the District Court erred in affirming the bankruptcy court's *Order Granting Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court* (Bankruptcy Case Dkt. No. 2168) (the "Order"), which granted the *Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court* (Bankruptcy Case Dkt. No. 2093) (the "Motion") and allowed six, unspecified personal injury claims (each, a "Released Case") to proceed against the Debtor and/or its affiliates (the "Affiliates") in Judicial Council Coordinated Proceeding No. 5108 (Alameda Super. Ct.) (the "JCCP Proceeding") where such personal injury cases were consolidated prepetition, including by concluding that:

   a. the bankruptcy court properly delegated to the JCCP Proceeding judge the ability to choose the specific Released Cases that would be allowed to proceed against the Debtor and/or Affiliates in the JCCP Proceeding;
   b. the record demonstrated sufficient "cause" to grant the Motion under 11 U.S.C. § 362(d)(1);
   c. the bankruptcy court did not abuse its discretion in granting the Motion under 11 U.S.C. § 362(d)(1) despite a deficient record;
   d. the Official Committee of Unsecured Creditors had standing to seek the relief requested in the Motion; and
   e. the Order (and the relief granted therein) did not violate Section 1123(a)(4) of

the Bankruptcy Code by creating a "superpriority" class of abuse claimants.

## II. Designation of Items to Be Included in the Record on Appeal

Westport submits the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

### A. Bankruptcy Court Docket Entries

#### i. Main Bankruptcy Case Docket (Bankruptcy Case No. 23-40523)

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
| 1 | May 8, 2023 | 1 | Voluntary Chapter 11 Petition for The Roman Catholic Bishop of Oakland |
| 2 | May 8, 2023 | 19 | Declaration of Charles Moore, Managing Director of Alvarez & Marshal North America, LLC, Proposed Restructuring Advisor to The Roman Catholic Bishop of Oakland, in Support of Chapter 11 Petition and First Day Pleadings |
| 3 | November 20, 2024 | 1460 | Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 4 | November 20, 2024 | 1461 | Declaration of Gabrielle L. Albert in Support of Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 5 | November 20, 2024 | 1467 | Notice of: (1) Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court; and (2) the Official Committee of Unsecured Creditors' Motion for Standing to Prosecute Claims of the Debtor's Estate |
| 6 | November 22, 2024 | 1471 | Debtor's Application for Order Enlarging Time for Filing of Response Briefs and for Notice of Hearing on (1) the Committee's Motion to Lift the Automatic Stay, and (2) the Committee's |

| Item | Date Filed/Entered | Bankr. Case Dkt. No. | Description |
|---|---|---|---|
| | | | Motion for Derivative Standing |
| 7 | November 22, 2024 | 1472 | Declaration of Matthew D. Lee In Support of Debtor's Application for Order Enlarging Time for Filing of Response Briefs and For Notice of Hearing on (1) The Committee's Motion to Lift the Automatic Stay, and (2) The Committee's Motion for Derivative Standing |
| 8 | November 22, 2024 | 1473 | Corrected Declaration of Matthew D. Lee in Support of Debtor's Application for Order Enlarging Time for Filing of Response Briefs and for Notice of Hearing on (1) the Committee's Motion to Lift the Automatic Stay, and (2) the Committee's Motion for Derivative Standing (with Exhibits) |
| 9 | November 25, 2024 | 1475 | The Official Committee of Unsecured Creditors' Objection to the Debtor's Application for Order Enlarging Time for Filing of Response Briefs and For Notice of Hearing on the Committee's Motions (1) to Lift the Automatic Stay and (2) for Derivative Standing |
| 10 | November 25, 2024 | 1476 | Declaration of Gabrielle L. Albert in Support of Motion of the Official Committee of Unsecured Creditors' Objection to the Debtor's Application for Order Enlarging Time for Filing of Response Briefs and for Notice of Hearing on the Committee's Motions (1) to Lift the Automatic Stay and (2) for Derivative Standing |
| 11 | November 26, 2024 | 1481 | Order Scheduling Status Conference |
| 12 | December 5, 2024 | 1497 | Transcript Regarding Hearing Held November 27, 2024 |

| | | | |
|---|---|---|---|
| 13 | December 23, 2024 | 1563 | Joinder of Certain Sexual Abuse Claimants to the Committee of Unsecured Creditors' Motion for Relief from Automatic Stay |
| 14 | December 24, 2024 | 1568 | Transcript Regarding Hearing Held December 18, 2024 |
| 15 | December 26, 2024 | 1570 | Joinder of the Zalkin Law Firm Claimants to the Committee for Unsecured Creditors' Motion for Relief from Automatic Stay |
| 16 | December 26, 2024 | 1572 | State Court Co-Liaison Counsel's Joinder in Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 17 | December 26, 2024 | 1573 | The Panish/PCVA Claimants' Joinder to the Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 18 | December 30, 2024 | 1581 | Debtor's Brief in Opposition to the Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 19 | December 30, 2024 | 1582 | Declaration of Mark C. Moore in Support of Debtor's Brief in Opposition to the Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court (with Exhibits) |
| 20 | December 30, 2024 | 1583 | Certain Insurers' Opposition to (i) The Committee's Motion to Lift the Automatic Stay to Permit Six Abuse Claims to Proceed in State Court and (ii) Joinders Therein by Counsel for Certain Claimants |

| | | | |
|---|---|---|---|
| 21 | December 30, 2024 | 1585 | Westport Insurance Corporation's Opposition to (1) the Committee's Motion to Lift the Automatic Stay and (2) the Committee's Motion to Prosecute Claims Against the Insurers |
| 22 | December 30, 2024 | 1589 | Joinder to Westport Insurance Corporation's Opposition to (1) the Committee's Motion to Lift the Automatic Stay and (2) the Committee's Motion to Prosecute Claims Against the Insurers |
| 23 | December 30, 2024 | 1591 | Pacific Insurers Supplemental Opposition to (1) the Committee's Motion to Lift the Automatic Stay and (2) the Committee's Motion to Prosecute Claims Against the Insurers |
| 24 | January 6, 2025 | 1603 | Reply of the Official Committee of Creditors in Support of the Motion to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 25 | January 8, 2025 | 1612 | Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 26 | January 8, 2025 | 1613 | Declaration of Attila Bardos in Support of Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 27 | January 8, 2025 | 1614 | Application for Order Shortening Time for Notice of Hearing on Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |

| | | | |
|---|---|---|---|
| 28 | January 10, 2025 | 1621 | Order Shortening Time for Notice of Hearing on Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 29 | January 10, 2025 | 1622 | Notice of Hearing on Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 30 | January 14, 2025 | 1630 | Transcript Regarding Hearing Held January 8, 2025 |
| 31 | January 15, 2025 | 1631 | The Official Committee of Unsecured Creditors' Objection to Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 32 | January 15, 2025 | 1632 | Pacific Insurers' Response to Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 33 | January 15, 2025 | 1636 | Debtor's Reply in Support of its Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 34 | January 15, 2025 | 1637 | Declaration of Daniel Flanagan in Support of Debtor's Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 35 | January 15, 2025 | 1638 | Debtor's Reply in Support of its Motion for Entry of an Order Amending Mediation Orders and Requiring Parties to Attend Global Mediation |
| 36 | January 17, 2025 | 1645 | Transcript Regarding Hearing Held January 15, 2025 |
| 37 | January 21, 2025 | 1654 | Order re: Motion to Hold Cases in Abeyance |
| 38 | January 23, 2025 | 1659 | Transcript Regarding Hearing Held |

| | | | |
|---|---|---|---|
| | | | January 16, 2025 |
| 39 | January 27, 2025 | 1667 | Transcript Regarding Hearing Held January 21, 2025 |
| 40 | February 11, 2025 | 1721 | Order on Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 41 | March 17, 2025 | 1830 | Debtor's Third Amended Plan of Reorganization |
| 42 | March 18, 2025 | 1835 | Supplement to Debtor's Motion for Order (I) Approving Disclosure Statement; and (II) Establishing Procedures for Plan Solicitation, Notice, and Balloting |
| 43 | March 24, 2025 | 1846 | The Official Committee of Unsecured Creditors' Objection to the Debtor's Third Amended Disclosure Statement |
| 44 | April 4, 2025 | 1877 | Order: (I) Approving Third Amended Disclosure Statement; (II) Establishing Procedures for Plan Solicitation, Notice, and Balloting |
| 45 | June 6, 2025 | 2040 | Declaration of Andres A. Estrada with Respect to Solicitation and the Tabulation of Votes on the Debtor's Third amended Plan of Reorganization |
| 46 | June 25, 2025 | 2093 | Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 47 | June 25, 2025 | 2094 | Declaration of Gabrielle L. Albert in Support of Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court (with Exhibits) |

| | | | |
|---|---|---|---|
| 48 | June 25, 2025 | 2095 | Notice of Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 49 | June 25, 2025 | 2097 | Corrected Notice of Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 50 | July 9, 2025 | 2112 | Debtor's Opposition to the Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 51 | July 9, 2025 | 2113 | Declaration of Thomas F. Carlucci in Support of Debtor's Opposition to the Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court |
| 52 | July 9, 2025 | 2114 | Declaration of Mark Moore in Support of Debtor's Opposition to the Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court (with Exhibits) |
| 53 | July 9, 2025 | 2115 | Certain Insurers' Opposition to Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court (with Exhibits) |
| 54 | July 9, 2025 | 2117 | Pacific Insurers' Opposition to the Committee's Renewed Motion to Lift the Automatic Stay (with Exhibits) |

| | | | |
|---|---|---|---|
| 55 | July 10, 2025 | 2120 | London Market Insurers' Joinder to Pacific Insurers' Opposition to the Committee's Renewed Motion to Lift the Automatic Stay |
| 56 | July 14, 2025 | 2129 | The Official Committee of Unsecured Creditors' Reply in Support of its Renewed Motion to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 57 | July 14, 2025 | 2140 | The Zalkin Claimants' Joinder to the Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 58 | July 16, 2025 | 2147 | Motion to Continue Hearing On Confirmation and to Reset Confirmation Schedule filed by The Roman Catholic Bishop of Oakland |
| 59 | July 17, 2025 | 2151 | Response to Motion to Continue Hearing On Confirmation and to Reset Confirmation Schedule filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Pacific Indemnity Company, Insurance Company of North America, and Pacific Employers Insurance Company |
| 60 | July 21, 2025 | 2158 | Transcript Regarding Hearing Held July 16, 2025 |
| 61 | July 26, 2025 | 2168 | Order Granting Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Procced in State Court |
| 62 | August 8, 2025 | 2201 | Notice of Appeal filed by Westport Insurance Corporation |

| | | | |
|---|---|---|---|
| 63 | August 8, 2025 | 2202 | Notice of Appeal filed by Pacific Indemnity Company, Insurance Company of North America, Pacific Employers Insurance Company, Westchester Fire Insurance Company |
| 64 | August 8, 2025 | 2203 | Notice of Appeal filed by Certain Underwriters at Lloyd's of London |
| 65 | August 11, 2025 | 2207 | Notice of Appeal filed by Continental Casualty Company |
| 66 | August 12, 2025 | 2214 | Transcript Regarding Hearing Held on July 18, 2025 |

### B. District Court Docket Entries (Case No. 3:25-CV-06836)

| Item | Date Filed/Entered | Dist. Ct. Dkt. No. | Description |
|---|---|---|---|
| 1 | August 13, 2025 | 1 | Notice of Appeal from Bankruptcy Court |
| 2 | August 13, 2025 | 2 | Notice of Filing of Appeal & Scheduling Order |
| 3 | August 28, 2025 | 18 | Order Regarding Consolidation and Coordination of Related Actions |
| 4 | September 2, 2025 | 19 | Letter from the Official Committee of Unsecured Creditors re Consolidation of Appeals |
| 5 | September 3, 2025 | 20 | Order Modifying Consolidation and Coordination of Related Actions |
| 6 | September 12, 2025 | 23 | Insurers' Opening Brief filed by Westport Insurance Corporation, Certain Underwriters at Lloyd's, London and Certain London Market Insurers, Continental Casualty Company, Pacific Indemnity Company, Pacific Employers Insurance Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Westchester Fire Insurance Company |

| | | | |
|---|---|---|---|
| 7 | September 12, 2025 | 24 | Insurers' Request for Judicial Notice |
| 8 | September 12, 2025 | 25 | Letter from Insurers re Appendix |
| 9 | October 10, 2025 | 30 | Appellee's Brief filed by the Official Committee of Unsecured Creditors |
| 10 | October 10, 2025 | 31 | Request for Judicial Notice re Appellee's Brief filed by the Official Committee of Unsecured Creditors |
| 11 | October 20, 2025 | 38 | Insurers' Reply Brief filed by Westport Insurance Corporation, Certain Underwriters at Lloyd's, London and Certain London Market Insurers, Continental Casualty Company, Pacific Indemnity Company, Pacific Employers Insurance Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Westchester Fire Insurance Company |
| 12 | October 30, 2025 | - | Text Entry: Hearing on Lift-Stay Appeals set for 11/6/2025 at 9:00 a.m. before Judge Jacqueline Scott Corley |
| 13 | November 3, 2025 | 39 | Clerk's Notice Vacating Motion Hearing |
| 14 | November 3, 2025 | 40 | Insurers' Notice of Filing of Transcript (with Exhibit) |
| 15 | March 6, 2026 | 48 | Notice of Recent Decision filed by the Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland |
| 16 | April 7, 2026 | 50 | Order re: Appeal of Relief from Automatic Stay |
| 17 | May 7, 2026 | 51 | Notice of Appeal to the 9th Circuit Court of Appeals filed by Certain London Market Insurers, Continental Casualty Company, Pacific Employers Insurance Company, Pacific Indemnity Company, Travelers Casualty & Surety Company, |

| | | | |
|---|---|---|---|
| | | | and Westchester Fire Insurance Company |
| 18 | May 15, 2026 | 53 | Notice of Appeal to the 9th Circuit Court of Appeals filed by Westport Insurance Corporation |

Dated: May 29, 2026 By: **SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Blaise S. Curet (SBN 124983)
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone: (415) 352-6200
Email: bcuret@spcclaw.com

-and-

**LAW OFFICE OF ROBIN D. CRAIG**
Robin D. Craig (SBN 130935)
6114 La Salle Ave., No. 517
Oakland, California 94611
Telephone : (510) 549-3310
Email : rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation*